IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIO RAMOS,<br><br>        Plaintiff<br><br>        v.<br><br>GOLD'S GYM OF PUERTO RICO, INC.,<br><br>        Defendant | CIVIL NO. 08-1799 (JP)<br><br>**UNDER SEAL** |

**FINAL JUDGMENT**

The parties hereto have informed the Court that they have settled this case. Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF TO HAVE AND RECOVER** from Defendant Gimnasios de Puerto Rico, Inc., the amount of **FIVE THOUSAND DOLLARS ($5,000.00).** This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of December, 2008.

                                                s/Jaime Pieras, Jr.
                                                JAIME PIERAS, JR.
                                        U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| s/Manuel Durán-Rodríguez | s/María T. Juan-Urrutia |
| MANUEL DURÁN-RODRÍGUEZ, ESQ. | MARÍA T. JUAN-URRUTIA, ESQ. |